```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 18-04978-RNO
Julie Nicole Smith                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5      User: CGambini         Page 1 of 1         Date Rcvd: Apr 02, 2019
                          Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
         +Katia Sanchez,   1011 Meade Court,   Hazelton, PA 18201-1979

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         John Fisher    on behalf of Debtor 1 Julie Nicole Smith johnvfisher@yahoo.com,
          fisherlawoffice@yahoo.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                      TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Julie Nicole Smith aka Yuliana Toribio<br>　　　　　Debtor<br><br>Ditech Financial LLC<br>　　　　　Movant<br>　vs.<br><br>Julie Nicole Smith aka Yuliana Toribio<br>　　　　　Respondent<br><br>Katia Sanchez<br>Charles J. DeHart, III Esq.<br>　　　　Additional Respondents | CHAPTER 13<br><br><br>NO. 18-04978 RNO<br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

Upon consideration of the stipulation ( docket 33), it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:　April 2, 2019　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Robert N. Opel, II, Chief Bankruptcy Judge (RR)