```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-04978-RNO
Julie Nicole Smith                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: KADavis            Page 1 of 1                Date Rcvd: Aug 01, 2019
                                Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5158603         E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2019 19:17:33      Ditech Financial LLC,
                P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                   TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    LoanCare LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John Fisher    on behalf of Debtor 1 Julie Nicole Smith johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-04978-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Julie Nicole Smith
1011 Meade Ct
Hazelton PA 18201

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

LoanCare, LLC
P.O. Box 8068
Virginia Beach VA 23450
LoanCare, LLC
P.O. Box 8068
Virginia Beach VA 23450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/03/19

Terrence S. Miller
**CLERK OF THE COURT**