<b><u>IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></b>

| | |
|---|---|
| **IN RE: Julie Nicole Smith aka Yuliana Toribio**<br>Debtor(s) | **BK NO. 18-04978 MJC**<br><br>**Chapter 13** |

<b><u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u></b>

To the Clerk:

    Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

              Respectfully submitted,

              **<u>/s/ Brian C. Nicholas</u>**
              Brian C. Nicholas, Esquire
              Attorney I.D. No. 317240
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              215-627-1322
              bnicholas@kmllawgroup.com