# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## PRACIPE TO WITHDRAW AND SUBSTITUTE

Effective December 2, 2024, I, Angela C. Pattison will be leaving Hill Wallack LLP. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute in Kaitlin D. Shire, Esq.

HILL WALLACK LLP
Respectfully submitted,

Dated: January 29, 2025

By: /s/ Angela C. Pattison
Angela C. Pattison, Esq.
Hill Wallack LLP
21 Roszel Road, P.O. Box 5226
Princeton, NJ 08543

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Angela C. Pattison.

HILL WALLACK LLP
Respectfully submitted,

Dated: January 29, 2025

By: /s/ Kaitlin D. Shire
Kaitlin D. Shire, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067

# EXHIBIT "A"

| Attorney | Case No. | Case Title | Chapter | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 17-05075 | Jay Patrick Dunkes, Jr | 13 | 12/10/2017 | N/A | N/A |
| Angela C. Pattison | 18-00551 | Jason A. Buckmaster | 13 | 05/14/2024 | N/A | N/A |
| Angela C. Pattison | 18-04246 | Carrie A. Gilles | 13 | 10/05/2018 | N/A | N/A |
| Angela C. Pattison | 18-05038 | John H. Lynch, III | 13 | 11/30/2018 | N/A | N/A |
| Angela C. Pattison | 19-01759 | Michael James Doran, Jr | 13 | 04/25/2019 | N/A | N/A |
| Angela C. Pattison | 19--02182 | Melinda M Fraker de Fonte | 13 | 05/20/2019 | N/A | N/A |
| Angela C. Pattison | 19-02632 | Larry Ralph Mather, Jr. | 13 | 06/18/2019 | N/A | N/A |
| Angela C. Pattison | 19-04360 | Larry Donnell Rascoe | 13 | 10/08/2019 | N/A | N/A |
| Angela C. Pattison | 19-05372 | Chester J Radnor, III | 13 | 12/17/2019 | N/A | N/A |
| Angela C. Pattison | 20-01318 | Charlotte M. Shatzer | 13 | 04/20/2020 | N/A | N/A |
| Angela C. Pattison | 20-01555 | William Bural Dudley, Sr | 13 | 05/18/2020 | N/A | N/A |
| Angela C. Pattison | 20-02642 | Younas Chaudry | 13 | 09/04/2020 | N/A | N/A |
| Angela C. Pattison | 21-01203 | James C. Hinkle | 13 | 05/27/2021 | N/A | N/A |
| Angela C. Pattison | 21-01695 | Scott A. Wilson | 13 | 07/30/2021 | N/A | N/A |
| Angela C. Pattison | 21-01916 | John Olen Barnes | 13 | 08/31/2021 | N/A | N/A |
| Angela C. Pattison | 22-01204 | Dwayne P Dubbert | 13 | 06/30/2022 | N/A | N/A |
| Angela C. Pattison | 22-01318 | John Joesph Palmer | 13 | 07/19/2022 | N/A | N/A |
| Angela C. Pattison | 22-01658 | Karen L. Nye | 13 | 09/05/2022 | N/A | N/A |
| Angela C. Pattison | 23-00505 | Barry Adams | 13 | 03/10/2023 | N/A | N/A |
| Angela C. Pattison | 23-00831 | Silviu Stefan Negura | 13 | 04/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-00832 | Apryl L. Diehl | 13 | 04/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-01002 | Jeffrey D. Davies | 7 | 05/04/2023 | N/A | N/A |
| Angela C. Pattison | 23-01189 | Patricia Ann Warner | 13 | 05/28/2023 | N/A | N/A |
| Angela C. Pattison | 23-01403 | Arren William Randall | 13 | 06/23/2023 | N/A | N/A |
| Angela C. Pattison | 23-01407 | Eric L. Clouser | 13 | 06/23/2023 | N/A | N/A |
| Angela C. Pattison | 23-01507 | Andrew W. Lentz | 13 | 07/03/2023 | N/A | N/A |
| Angela C. Pattison | 23-01678 | Kevin Michael Albert | 13 | 07/25/2023 | N/A | N/A |
| Angela C. Pattison | 23-01892 | Ma Christina Leviste Magsino | 13 | 08/23/2023 | N/A | N/A |
| Angela C. Pattison | 23-02104 | Travis Naugle | 13 | 09/15/2023 | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 23-02310 | Eileen Priscilla Norman | 13 | 10/06/2023 | N/A | N/A |
| Angela C. Pattison | 23-02330 | Judith Mae Johns | 13 | 10/10/2023 | N/A | N/A |
| Angela C. Pattison | 23-02388 | Joseph Allen Hitz | 13 | 10/18/2023 | N/A | N/A |
| Angela C. Pattison | 23-02548 | Jamie Carter Daley | 13 | 11/06/2023 | N/A | N/A |
| Angela C. Pattison | 23-02698 | Jason L. Hetrick | 13 | 11/30/2023 | N/A | N/A |
| Angela C. Pattison | 23-02726 | Tonya L. Velazquez | 13 | 12/01/2023 | N/A | N/A |
| Angela C. Pattison | 24-00045 | Thomas J. Miedema, Jr. | 13 | 01/09/2024 | N/A | N/A |
| Angela C. Pattison | 24-00285 | Harrison Albert Noel | 13 | 02/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-00447 | Samantha L. Kuhn | 13 | 02/26/2024 | N/A | N/A |
| Angela C. Pattison | 24-01166 | Rachel Marie Turne | 13 | 05/08/2024 | N/A | N/A |
| Angela C. Pattison | 24-01528 | Matthew Stephen Redline | 13 | 06/20/2024 | N/A | N/A |
| Angela C. Pattison | 24-01531 | Michael James Lanza | 13 | 06/20/2024 | N/A | N/A |
| Angela C. Pattison | 24-01622 | Vicki Jean Rote | 13 | 06/29/2024 | N/A | N/A |
| Angela C. Pattison | 24-02253 | Clifford E. Paul | 13 | 09/09/2024 | N/A | N/A |
| Angela C. Pattison | 24-02470 | Adonis Lee Swan | 13 | 09/27/2024 | N/A | N/A |
| Angela C. Pattison | 23-01645 | Rita Ann Hanson | 13 | 07/20/2023 | N/A | N/A |
| Angela C. Pattison | 18-01863 | Julia K. Patti | 13 | 05/01/2018 | N/A | N/A |
| Angela C. Pattison | 18-03039 | Kathy-Jo Simpson Donahue | 13 | 07/24/2018 | N/A | N/A |
| Angela C. Pattison | 18-04978 | Julie Nicole Smith | 13 | 11/28/2018 | N/A | N/A |
| Angela C. Pattison | 19-00116 | Daniel P. Errigo, Jr. | 13 | 01/10/2019 | N/A | N/A |
| Angela C. Pattison | 19-03609 | Carol Marie Brown-Papp | 13 | 08/26/2019 | N/A | N/A |
| Angela C. Pattison | 19-03941 | Thomas Gene Davis, Jr. | 13 | 09/16/2019 | N/A | N/A |
| Angela C. Pattison | 19-05125 | Todd Brian Hokrein | 13 | 12/03/2019 | N/A | N/A |
| Angela C. Pattison | 19-05353 | Anthony Mark Margavitch, Jr | 13 | 12/17/2019 | N/A | N/A |
| Angela C. Pattison | 21-01773 | Mark Borer | 13 | 08/12/2021 | N/A | N/A |
| Angela C. Pattison | 21-01879 | Victor L. Gordon | 13 | 08/27/2021 | N/A | N/A |
| Angela C. Pattison | 22-00332 | Rupert Nathaniel Isaac, Jr | 13 | 02/21/2022 | N/A | N/A |
| Angela C. Pattison | 22-01612 | Samuel Montalvo | 13 | 08/29/2022 | N/A | N/A |
| Angela C. Pattison | 22-02174 | Robert Gene Avery, Sr. | 13 | 11/09/2022 | N/A | N/A |
| Angela C. Pattison | 23-00225 | Nicole Marie Budzak | 13 | 02/01/2023 | N/A | N/A |
| Angela C. Pattison | 23-00518 | Robert Charles Feaster | 13 | 03/13/2023 | N/A | N/A |
| Angela C. Pattison | 23-00610 | William H Cover, III | 13 | 03/23/2023 | N/A | N/A |

| Angela C. Pattison | 23-00778 | David Louis Sommers | 13 | 04/08/2023 | N/A | N/A |
|---|---|---|---|---|---|---|
| Angela C. Pattison | 23-01007 | Lisa Eugenia Smith | 13 | 05/05/2023 | N/A | N/A |
| Angela C. Pattison | 23-01388 | Pamela L Carden | 13 | 06/22/2023 | N/A | N/A |
| Angela C. Pattison | 23-01526 | Richele T. Rebar | 13 | 07/05/2023 | N/A | N/A |
| Angela C. Pattison | 23-01617 | William John Gurry | 13 | 07/18/2023 | N/A | N/A |
| Angela C. Pattison | 23-01729 | Tammy King | 13 | 07/28/2023 | N/A | N/A |
| Angela C. Pattison | 23-01882 | Vonetta George-Henry | 13 | 08/22/2023 | N/A | N/A |
| Angela C. Pattison | 23-02100 | Gregory Barrington Simon | 7 | 09/14/2023 | N/A | N/A |
| Angela C. Pattison | 23-02252 | Colleen Anne Turant | 13 | 09/29/2023 | N/A | N/A |
| Angela C. Pattison | 23-02589 | Clyde N Glasford, Jr. | 13 | 11/12/2023 | N/A | N/A |
| Angela C. Pattison | 23-02648 | Theresa Flower Stover | 13 | 11/22/2023 | N/A | N/A |
| Angela C. Pattison | 23-02664 | Jamie Elizabeth Beard | 13 | 11/27/2023 | N/A | N/A |
| Angela C. Pattison | 23-02695 | Robert Lloyd | 13 | 11/29/2023 | N/A | N/A |
| Angela C. Pattison | 23-02815 | Jennifer Schaeffer | 13 | 12/14/2023 | N/A | N/A |
| Angela C. Pattison | 24-00087 | Kathy-Jo Simpson Donahue | 13 | 01/15/2024 | N/A | N/A |
| Angela C. Pattison | 24-00140 | Allen L Kessler | 13 | 01/22/2024 | N/A | N/A |
| Angela C. Pattison | 24-00244 | Melinda Ann Arcuri | 13 | 01/31/2024 | N/A | N/A |
| Angela C. Pattison | 24-00247 | Samuel L. Rivera | 13 | 02/01/2024 | N/A | N/A |
| Angela C. Pattison | 24-00356 | Claire Marie Bernardo | 13 | 02/14/2024 | N/A | N/A |
| Angela C. Pattison | 24-00436 | Anthony J. Kiziuk | 13 | 02/23/2024 | N/A | N/A |
| Angela C. Pattison | 24-01405 | Scott J. Long | 13 | 06/06/2024 | N/A | N/A |
| Angela C. Pattison | 24-01586 | Megan Danielle Worzel | 13 | 06/26/2024 | N/A | N/A |
| Angela C. Pattison | 24-01607 | Robert Lee Johnson, Sr. | 13 | 06/27/2024 | N/A | N/A |
| Angela C. Pattison | 24-02262 | Christopher John Trimper | 13 | 09/10/2024 | N/A | N/A |
| Angela C. Pattison | 24-02780 | Ivan Witfield Morris, III | 13 | 10/29/2024 | N/A | N/A |