**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Julie Nicole Smith

Case No.: 5-18-04978 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Shellpoint |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 5179 |
| Property Address if applicable: | 1011 Meade Ct |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $19,172.04 |
| b. | Prepetition arrearages paid by the trustee: | $19,172.04 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $2,009.35 |
| f. | Postpetition arrearage paid by the trustee: | $2,009.35 |
| g. | Total b, d, and f: | $21,181.39 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve o01945n the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: June 24, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Julie Nicole Smith

                                        Case No.: 5-18-04978 MJC

                                        Chapter 13

                 **Debtor(s)**

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on June 24, 2025 I served a copy of this Notice of Final Cure Payment on the following parties by 1ˢᵗ Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
John Fisher, Esquire
126 South Main St
Pittston PA 18640

**Served by First Class Mail**
Shellpoint Mortgage Servicing
PO Box 10826
Greenville SC 29603-0826

Julie Nicole Smith
1011 Meade Ct
Hazelton PA 18201

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2025

                         /s/  Liz Joyce
                         Office of the Standing Chapter 13 Trustee
                         Jack N. Zaharopoulos
                         Suite A, 8125 Adams Dr.
                         Hummelstown, PA  17036
                         Phone:  (717) 566-6097
                         email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-04978       JULIE NICOLE SMITH

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC   29603-

Acct No: 5179/POST ARREARS/1011 M

Sequence: 24
Modify:
Filed Date: 2/4/2019  12:00:00AM
Hold Code:

| | | Debt: | $2,009.35 | Interest Paid: | | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | | $0.00 |
| Amt Due: | $0.00 | Paid: | $2,009.35 | Balance Due: | | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/17/2025 | 2048734 | $34.15 | $0.00 | $34.15 | |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/14/2025 | 2047765 | $32.38 | $0.00 | $32.38 | 05/21/2025 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/14/2025 | 2046821 | $32.38 | $0.00 | $32.38 | 04/21/2025 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/18/2025 | 2045931 | $32.38 | $0.00 | $32.38 | 03/26/2025 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/19/2025 | 2044986 | $32.38 | $0.00 | $32.38 | 02/26/2025 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/15/2025 | 2044037 | $32.37 | $0.00 | $32.37 | 01/27/2025 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/17/2024 | 2043086 | $32.38 | $0.00 | $32.38 | 12/24/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/19/2024 | 2042155 | $32.38 | $0.00 | $32.38 | 11/29/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/23/2024 | 2041177 | $32.38 | $0.00 | $32.38 | 10/30/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/17/2024 | 2040182 | $64.76 | $0.00 | $64.76 | 09/24/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/07/2024 | 2039170 | $32.37 | $0.00 | $32.37 | 08/14/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/18/2024 | 2037475 | $32.38 | $0.00 | $32.38 | 06/26/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/22/2024 | 2036570 | $32.38 | $0.00 | $32.38 | 05/31/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/17/2024 | 2035564 | $32.38 | $0.00 | $32.38 | 04/24/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/14/2024 | 2034600 | $32.38 | $0.00 | $32.38 | 03/20/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/14/2024 | 2033637 | $32.37 | $0.00 | $32.37 | 02/26/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/12/2024 | 2032713 | $32.39 | $0.00 | $32.39 | 01/19/2024 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/19/2023 | 2031814 | $32.37 | $0.00 | $32.37 | 12/28/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/15/2023 | 2030856 | $32.38 | $0.00 | $32.38 | 11/22/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/18/2023 | 2029910 | $32.38 | $0.00 | $32.38 | 10/25/2023 |
| 521-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/19/2023 | 2028923 | $68.14 | $0.00 | $68.14 | 09/26/2023 |
| 521-0 | LOANCARE, LLC | | 08/09/2023 | 9016911 | $34.06 | $0.00 | $34.06 | 08/09/2023 |
| 521-0 | LOANCARE, LLC | | 06/13/2023 | 9016550 | $34.07 | $0.00 | $34.07 | 06/13/2023 |
| 521-0 | LOANCARE, LLC | | 05/16/2023 | 9016364 | $32.73 | $0.00 | $32.73 | 05/16/2023 |
| 521-0 | LOANCARE, LLC | | 04/18/2023 | 9016171 | $32.73 | $0.00 | $32.73 | 04/19/2023 |
| 521-0 | LOANCARE, LLC | | 03/15/2023 | 9015967 | $32.73 | $0.00 | $32.73 | 03/15/2023 |
| 521-0 | LOANCARE, LLC | | 02/15/2023 | 9015763 | $32.73 | $0.00 | $32.73 | 02/15/2023 |
| 521-0 | LOANCARE, LLC | | 01/18/2023 | 9015557 | $32.73 | $0.00 | $32.73 | 01/18/2023 |
| 521-0 | LOANCARE, LLC | | 12/13/2022 | 9015356 | $32.73 | $0.00 | $32.73 | 12/13/2022 |
| 521-0 | LOANCARE, LLC | | 11/16/2022 | 9015143 | $32.73 | $0.00 | $32.73 | 11/16/2022 |
| 521-0 | LOANCARE, LLC | | 10/18/2022 | 9014925 | $67.26 | $0.00 | $67.26 | 10/18/2022 |
| 521-0 | LOANCARE, LLC | | 08/17/2022 | 9014504 | $34.52 | $0.00 | $34.52 | 08/18/2022 |
| 521-0 | LOANCARE, LLC | | 07/13/2022 | 9014288 | $34.53 | $0.00 | $34.53 | 07/13/2022 |
| 521-0 | LOANCARE, LLC | | 06/14/2022 | 9014079 | $32.13 | $0.00 | $32.13 | 06/14/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 521-0 | LOANCARE, LLC | | 05/17/2022 | 9013867 | $32.13 | $0.00 | $32.13 | 05/17/2022 |
| 521-0 | LOANCARE, LLC | | 04/12/2022 | 9013653 | $32.14 | $0.00 | $32.14 | 04/12/2022 |
| 521-0 | LOANCARE, LLC | | 03/16/2022 | 9013436 | $32.13 | $0.00 | $32.13 | 03/16/2022 |
| 521-0 | LOANCARE, LLC | | 02/16/2022 | 9013212 | $32.13 | $0.00 | $32.13 | 02/16/2022 |
| 521-0 | LOANCARE, LLC | | 01/19/2022 | 9012990 | $32.13 | $0.00 | $32.13 | 01/19/2022 |
| 521-0 | LOANCARE, LLC | | 12/15/2021 | 9012748 | $32.13 | $0.00 | $32.13 | 12/15/2021 |
| 521-0 | LOANCARE, LLC | | 11/16/2021 | 9012497 | $32.14 | $0.00 | $32.14 | 11/16/2021 |
| 521-0 | LOANCARE, LLC | | 10/14/2021 | 9012244 | $65.21 | $0.00 | $65.21 | 10/14/2021 |
| 521-0 | LOANCARE, LLC | | 08/18/2021 | 9011741 | $33.08 | $0.00 | $33.08 | 08/18/2021 |
| 521-0 | LOANCARE, LLC | | 07/14/2021 | 9011475 | $33.08 | $0.00 | $33.08 | 07/14/2021 |
| 521-0 | LOANCARE, LLC | | 06/16/2021 | 9011210 | $33.09 | $0.00 | $33.09 | 06/16/2021 |
| 521-0 | LOANCARE, LLC | | 05/18/2021 | 9010936 | $33.08 | $0.00 | $33.08 | 05/19/2021 |
| 521-0 | LOANCARE, LLC | | 04/15/2021 | 9010653 | $32.02 | $0.00 | $32.02 | 05/13/2021 |
| 521-0 | LOANCARE, LLC | | 03/17/2021 | 9010367 | $32.03 | $0.00 | $32.03 | 03/17/2021 |
| 521-0 | LOANCARE, LLC | | 02/17/2021 | 9010067 | $45.03 | $0.00 | $45.03 | 02/17/2021 |
| 521-0 | LOANCARE, LLC | | 12/10/2020 | 9009241 | $22.44 | $0.00 | $22.44 | 12/10/2020 |
| 521-0 | LOANCARE, LLC | | 10/15/2020 | 9008688 | $22.44 | $0.00 | $22.44 | 10/15/2020 |
| 521-0 | LOANCARE, LLC | | 09/17/2020 | 9008369 | $22.20 | $0.00 | $22.20 | 09/17/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 08/12/2020 | 9008046 | $44.39 | $0.00 | $44.39 | 08/12/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 07/07/2020 | 9007749 | $22.20 | $0.00 | $22.20 | 07/07/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 521-0 | LOANCARE SERVICING CENTER | | 06/02/2020 | 9007466 | $22.20 | $0.00 | $22.20 | 06/02/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 04/14/2020 | 9007041 | $22.20 | $0.00 | $22.20 | 04/14/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 03/12/2020 | 9006885 | $23.01 | $0.00 | $23.01 | 03/12/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 02/13/2020 | 9006794 | $23.01 | $0.00 | $23.01 | 02/13/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 01/16/2020 | 9006702 | $23.01 | $0.00 | $23.01 | 01/16/2020 |
| 521-0 | LOANCARE SERVICING CENTER | | 12/12/2019 | 9006611 | $15.16 | $0.00 | $15.16 | 12/12/2019 |

| | | | | Sub-totals: | $2,009.35 | $0.00 | $2,009.35 | |
| | | | | Grand Total: | $2,009.35 | $0.00 | | |

# Disbursements for Claim

**Case: 18-04978**     **JULIE NICOLE SMITH**

**NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**
PO BOX 10826

GREENVILLE, SC   29603-

Acct No: 5179/PRE ARREARS/1011 ME/

Sequence: 24
Modify:
Filed Date: 2/4/2019  12:00:00AM
Hold Code:

| | | | Debt: | $19,172.41 | Interest Paid: | $0.00 |
| Amt Sched: | $174,278.43 | | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | Paid: | $19,172.41 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| **5200** | **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** | | | | | | | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/17/2025 | 2048734 | $325.87 | $0.00 | $325.87 | |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/14/2025 | 2047765 | $308.94 | $0.00 | $308.94 | 05/21/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/14/2025 | 2046821 | $308.94 | $0.00 | $308.94 | 04/21/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/18/2025 | 2045931 | $308.94 | $0.00 | $308.94 | 03/26/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/19/2025 | 2044986 | $308.94 | $0.00 | $308.94 | 02/26/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/15/2025 | 2044037 | $308.95 | $0.00 | $308.95 | 01/27/2025 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/17/2024 | 2043086 | $308.94 | $0.00 | $308.94 | 12/24/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/19/2024 | 2042155 | $308.94 | $0.00 | $308.94 | 11/29/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/23/2024 | 2041177 | $308.94 | $0.00 | $308.94 | 10/30/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/17/2024 | 2040182 | $617.88 | $0.00 | $617.88 | 09/24/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 08/07/2024 | 2039170 | $308.95 | $0.00 | $308.95 | 08/14/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 06/18/2024 | 2037475 | $308.94 | $0.00 | $308.94 | 06/26/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 05/22/2024 | 2036570 | $308.94 | $0.00 | $308.94 | 05/31/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 04/17/2024 | 2035564 | $308.94 | $0.00 | $308.94 | 04/24/2024 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 03/14/2024 | 2034600 | $308.94 | $0.00 | $308.94 | 03/20/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 02/14/2024 | 2033637 | $308.95 | $0.00 | $308.95 | 02/26/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 01/12/2024 | 2032713 | $308.93 | $0.00 | $308.93 | 01/19/2024 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 12/19/2023 | 2031814 | $308.95 | $0.00 | $308.95 | 12/28/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 11/15/2023 | 2030856 | $308.94 | $0.00 | $308.94 | 11/22/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 10/18/2023 | 2029910 | $308.94 | $0.00 | $308.94 | 10/25/2023 |
| 520-0 | NEWREZ LLC DBA SHELLPOINT MOI | | 09/19/2023 | 2028923 | $650.12 | $0.00 | $650.12 | 09/26/2023 |
| 520-0 | LOANCARE, LLC | | 08/09/2023 | 9016911 | $325.07 | $0.00 | $325.07 | 08/09/2023 |
| 520-0 | LOANCARE, LLC | | 06/13/2023 | 9016550 | $325.06 | $0.00 | $325.06 | 06/13/2023 |
| 520-0 | LOANCARE, LLC | | 05/16/2023 | 9016364 | $312.30 | $0.00 | $312.30 | 05/16/2023 |
| 520-0 | LOANCARE, LLC | | 04/18/2023 | 9016171 | $312.30 | $0.00 | $312.30 | 04/19/2023 |
| 520-0 | LOANCARE, LLC | | 03/15/2023 | 9015967 | $312.30 | $0.00 | $312.30 | 03/15/2023 |
| 520-0 | LOANCARE, LLC | | 02/15/2023 | 9015763 | $312.30 | $0.00 | $312.30 | 02/15/2023 |
| 520-0 | LOANCARE, LLC | | 01/18/2023 | 9015557 | $312.30 | $0.00 | $312.30 | 01/18/2023 |
| 520-0 | LOANCARE, LLC | | 12/13/2022 | 9015356 | $312.30 | $0.00 | $312.30 | 12/13/2022 |
| 520-0 | LOANCARE, LLC | | 11/16/2022 | 9015143 | $312.30 | $0.00 | $312.30 | 11/16/2022 |
| 520-0 | LOANCARE, LLC | | 10/18/2022 | 9014925 | $641.72 | $0.00 | $641.72 | 10/18/2022 |
| 520-0 | LOANCARE, LLC | | 08/17/2022 | 9014504 | $329.43 | $0.00 | $329.43 | 08/18/2022 |
| 520-0 | LOANCARE, LLC | | 07/13/2022 | 9014288 | $329.42 | $0.00 | $329.42 | 07/13/2022 |
| 520-0 | LOANCARE, LLC | | 06/14/2022 | 9014079 | $306.59 | $0.00 | $306.59 | 06/14/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 520-0 | LOANCARE, LLC | | 05/17/2022 | 9013867 | $306.59 | $0.00 | $306.59 | 05/17/2022 |
| 520-0 | LOANCARE, LLC | | 04/12/2022 | 9013653 | $306.58 | $0.00 | $306.58 | 04/12/2022 |
| 520-0 | LOANCARE, LLC | | 03/16/2022 | 9013436 | $306.59 | $0.00 | $306.59 | 03/16/2022 |
| 520-0 | LOANCARE, LLC | | 02/16/2022 | 9013212 | $306.59 | $0.00 | $306.59 | 02/16/2022 |
| 520-0 | LOANCARE, LLC | | 01/19/2022 | 9012990 | $306.59 | $0.00 | $306.59 | 01/19/2022 |
| 520-0 | LOANCARE, LLC | | 12/15/2021 | 9012748 | $306.59 | $0.00 | $306.59 | 12/15/2021 |
| 520-0 | LOANCARE, LLC | | 11/16/2021 | 9012497 | $306.58 | $0.00 | $306.58 | 11/16/2021 |
| 520-0 | LOANCARE, LLC | | 10/14/2021 | 9012244 | $622.25 | $0.00 | $622.25 | 10/14/2021 |
| 520-0 | LOANCARE, LLC | | 08/18/2021 | 9011741 | $315.66 | $0.00 | $315.66 | 08/18/2021 |
| 520-0 | LOANCARE, LLC | | 07/14/2021 | 9011475 | $315.66 | $0.00 | $315.66 | 07/14/2021 |
| 520-0 | LOANCARE, LLC | | 06/16/2021 | 9011210 | $315.65 | $0.00 | $315.65 | 06/16/2021 |
| 520-0 | LOANCARE, LLC | | 05/18/2021 | 9010936 | $315.66 | $0.00 | $315.66 | 05/19/2021 |
| 520-0 | LOANCARE, LLC | | 04/15/2021 | 9010653 | $305.59 | $0.00 | $305.59 | 05/13/2021 |
| 520-0 | LOANCARE, LLC | | 03/17/2021 | 9010367 | $305.58 | $0.00 | $305.58 | 03/17/2021 |
| 520-0 | LOANCARE, LLC | | 02/17/2021 | 9010067 | $305.59 | $0.00 | $305.59 | 02/17/2021 |
| 520-0 | LOANCARE, LLC | | 01/19/2021 | 9009771 | $123.99 | $0.00 | $123.99 | 01/20/2021 |
| 520-0 | LOANCARE, LLC | | 12/10/2020 | 9009241 | $214.16 | $0.00 | $214.16 | 12/10/2020 |
| 520-0 | LOANCARE, LLC | | 10/15/2020 | 9008688 | $214.16 | $0.00 | $214.16 | 10/15/2020 |
| 520-0 | LOANCARE, LLC | | 09/17/2020 | 9008369 | $211.80 | $0.00 | $211.80 | 09/17/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 08/12/2020 | 9008046 | $423.61 | $0.00 | $423.61 | 08/12/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest Disb | Descrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|--------------|--------|-------|------------|
| 520-0 | LOANCARE SERVICING CENTER | | 07/07/2020 | 9007749 | $211.80 | $0.00 | | $211.80 | 07/07/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 06/02/2020 | 9007466 | $211.80 | $0.00 | | $211.80 | 06/02/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 04/14/2020 | 9007041 | $211.80 | $0.00 | | $211.80 | 04/14/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 03/12/2020 | 9006885 | $219.57 | $0.00 | | $219.57 | 03/12/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 02/13/2020 | 9006794 | $219.57 | $0.00 | | $219.57 | 02/13/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 01/16/2020 | 9006702 | $219.57 | $0.00 | | $219.57 | 01/16/2020 |
| 520-0 | LOANCARE SERVICING CENTER | | 12/12/2019 | 9006611 | $144.62 | $0.00 | | $144.62 | 12/12/2019 |

Sub-totals: **$19,172.41** **$0.00** **$19,172.41**

Grand Total: **$19,172.41** **$0.00**