**Fill in this information to identify the case:**

Debtor 1 ___Julie Nicole Smith aka Yuliana Toribio___

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: ___Middle___ District of ___Pennsylvania___
(State)

Case number ___5:18-bk-04978-MJC___

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 5 1 7 9

**Property address:** 1011 Meade Court
Number   Street

_____

Hazleton, Pennsylvania 18201
City                          State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:  (a) $ _____

b.   Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c.   **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ____/____/_____
MM / DD / YYYY

Case 5:18-bk-04978-MJC    Doc 74    Filed 07/10/25    Entered 07/10/25 13:15:58    Desc
Main Document      Page 1 of 3

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | |
|---|---|
| ✖ /s/ Elizabeth K. Holdren | Date   07 / 10 / 2025 |
| Signature | |

Print   Elizabeth K. Holdren      Title   Authorized Agent for Creditor

First Name     Middle Name     Last Name

Company   Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   21 Roszel Road

Number     Street

Princeton, NJ 08543-5226

City     State     ZIP Code

Contact phone   ( 609 ) 734 – 6345      Email   eholdren@hillwallack.com

Case 5:18-bk-04978-MJC    Doc 74    Filed 07/10/25    Entered 07/10/25 13:15:58    Desc
Main Document     Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Julie Nicole Smith aka Yuliana Toribio,

      Debtors,

CHAPTER 13

CASE NO.:  5:18-bk-04978-MJC

## CERTIFICATE OF SERVICE

      I hereby certify that service was made upon all interested parties indicated below of Response to Final Cure in the manner indicated below on July 10, 2025:

Julie Nicole Smith aka
Yuliana Toribio
1011 Meade Ct
Hazelton, PA 18201
**Debtor**
Via Regular Mail

John Fisher
126 South Main Street
Pittston, PA 18640
**Debtor's Counsel**
**Via ECF**

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Trustee**
**Via ECF**

**UNITED STATES TRUSTEE**
Office of the U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**Via ECF**

By: */s/ Elizabeth K. Holdren*
          Elizabeth K. Holdren
          Hill Wallack LLP