United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                           Case No. 18-04978-MJC

Julie Nicole Smith                                               Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                           Page 1 of 3

Date Rcvd: Sep 17, 2025                 Form ID: fnldecnd                         Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie Nicole Smith, 1011 Meade Ct, Hazelton, PA 18201-1979 |
| 5134948 | | Ditech, PO Box 6172, Rapid City SD 57709-6172 |
| 5158603 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2025 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2025 18:47:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5134947 | + | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 18:47:05 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5152999 | | Email/PDF: bncnotices@becket-lee.com | Sep 17 2025 18:46:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5134949 | ^ | MEBN | Sep 17 2025 18:36:31 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1538 |
| 5230318 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 17 2025 18:37:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 5230319 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 17 2025 18:37:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450, LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 5567787 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2025 18:37:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5567788 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2025 18:37:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 5565807 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2025 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 5565808 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 17 2025 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville SC 29603-0826 |
| 5136002 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2025 18:46:57 | PRA Receivables Management, LLC, PO Box |

| | | | |
|---|---|---|---|
| | | | 41021, Norfolk, VA 23541-1021 |
| 5156659 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 17 2025 18:46:56 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5154520 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 17 2025 18:47:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5134950 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Sep 17 2025 18:37:00 | Verizon Wireless, PO Box 650051, Dallas TX 75265-0051 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Julie Nicole Smith johnvfisher@yahoo.com  fisherlawoffice@yahoo.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Michelle McGowan | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mimcgowan@raslg.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Julie Nicole Smith,　　　　　　　　　　　Chapter　　　13
aka Yuliana Toribio,

**Debtor 1**　　　　　　　　　　　Case No.　　　5:18−bk−04978−MJC

Social Security No.:
　　　　　　　　　xxx−xx−2817

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Julie Nicole Smith** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  September 17, 2025

**fnldec** (01/22)