IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Julie Nicole Smith aka Yuliana Toribio**<br>　　　　　　　　　　　**Debtor**<br><br>**LoanCare, LLC**<br>　　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Julie Nicole Smith aka Yuliana Toribio**<br>　　　　　　　　　　　**Debtor**<br><br>**Jack N. Zaharopoulos, Esq.**<br>　　　　　　　　　　　**Trustee** | **BK NO. 18-04978 MJC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CAHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 6, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Julie Nicole Smith aka Yuliana Toribio
1011 Meade Court
Hazelton, PA 18201

<u>Attorney for Debtor</u>
John Fisher, Esq.
126 South Main Street (VIA ECF)
Pittston, PA 18640

<u>Trustee</u>
Jack N. Zaharopoulos, Esq.
8125 Adams Drive (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: <u>October 6, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　　<u>**/s/Brian C. Nicholas, Esquire**</u>
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com